

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ELDON RODRIGUEZ and MARIA RODRIGUEZ, | § | |
| | § | No. 08-21-00118-CV |
| Appellants, | § | Appeal from the |
| v. | § | 210th District Court |
| ERIC BLISS DARNELL d/b/a THE LAW OFFICE OF ERIC B. DARNELL, and ERIC B. DARNELL, P.C., | § | of El Paso County, Texas |
| | § | (TC# 2019-DCV-2871) |
| Appellees. | § | |

# **J U D G M E N T**

The Court has considered this cause on its own motion and concludes the appeal should be dismissed for want of prosecution. We therefore dismiss the appeal for want of prosecution. We further order Appellant pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2021.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.